## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4991 | **DATE** | 6/16/2008 |
| **CASE TITLE** | MARTIN vs. QUINN, et al | | |

**DOCKET ENTRY TEXT**

It is hereby ordered that defendants Daley, Hillard, Cline, Lightfoot, and Morris are dismissed with prejudice and without costs. Motion to dismiss [# 36 ] and motion to dismiss [ #38 ] are stricken as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|