IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY MARTIN, | |
| Plaintiff, | |
| v. | No. 07 CV 4991 |
| J. QUINN, J.R. MASEY and the CITY OF CHICAGO, | Judge Guzman |
| Defendants. | Magistrate Judge Cox |

## NOTICE OF FILING

Please take notice that on July 31, 2008, the following documents:

Notice of Filing
Plaintiff's Amended Motion *in Limine* No. 9

were electronically filed with the CM/ECF system of the District Court for the Northern District of Illinois at the Dirksen Building, 219 S Dearborn, Chicago, Illinois.

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008 a copy of the above listed documents will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.
.

Respectfully submitted,

s/Blake Horwitz_____
Blake Horwitz

Horwitz, Richardson, & Baker LLC.
20 S. Clark, Suite 500
Chicago, IL 60603
(312) 676-2100 (tel)
(312) 372-7076 (fax)

1