UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Terry Martin

          Plaintiff,

v.                               Case No.: 1:07−cv−04991
                                      Honorable Ronald A. Guzman

J Quinn, et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Final pretrial submission held on 7/31/2008. The parties motions in limine [104] [105] [106] [107] [108] [109] [110] [111] [112] [113] [114] [115] [116] [117] [118] [119] [120][121] [122] [123] [124] [125] [126] [127] are entered and continued for hearing and ruling on 8/5/2008 at 2:00 P.M. Parties may discuss settlement at this time. Final pretrial order and trial dates stand at this time. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.