IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY MARTIN, )<br>  Plaintiff, )<br> )<br>vs. )<br> )<br>J. QUINN, J.R. MASEY, J.A. KENNY, S.P. )<br>COZZO #120, and the CITY OF CHICAGO, )<br>  Defendants. )<br> )<br> ) | Case No.: 07 C 4991<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Susan E. Cox |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the executed Release and Settlement Agreement, and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorney fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,
**Dykema Gossett PLLC**

By: s/ Paul Michalik
One of the Attorneys for Defendants

**Horwitz, Richardson & Baker, LLC**

By: s/ 
One of the Attorneys for Plaintiff

| | |
|---|---|
| Terrence M. Burns<br>Paul A. Michalik<br>Daniel M. Noland<br>Kimberly D. Fahrbach<br>Dykema Gossett, PLLC<br>10 S. Wacker Dr., Suite 2300<br>Chicago, IL 60606<br>312-876-1700 | Blake Horwitz<br>Elliot S. Richardson<br>Horwitz, Richardson & Baker LLC<br>20 S. Clark St., Suite 500<br>Chicago, IL 60603<br>312-676-2100 |