MHK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TERRY MARTIN,<br>    Plaintiff,<br><br>vs.<br><br>J. QUINN, J.R. MASEY, J.A. KENNY, S.P.<br>COZZO #120, and the CITY OF CHICAGO,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 07 C 4991<br>)<br>)  Judge Ronald A. Guzman<br>)<br>)<br>)  Magistrate Judge Susan E. Cox<br>) |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the parties' Stipulation to Dismiss, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff TERRY MARTIN, by one of his attorneys, Blake Horwitz of Horwitz, Richardson & Baker, and defendants JOSEPH QUINN, JAY MASEY, and the CITY OF CHICAGO, by one of their attorneys, Terrence M. Burns of Dykema Gossett PLLC, the parties having entered into a Release and Settlement Agreement and having executed a Stipulation to Dismiss, and the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff TERRY MARTIN against defendants, JOSEPH QUINN, JAY MASEY, and the CITY OF CHICAGO, are dismissed with prejudice, in termination of this entire action, and with each side bearing their own costs and attorney fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _/s/ Ronald A. Guzman_
Judge Ronald A. Guzman
United States District Judge

DATED: 10/15/08

Terrence M. Burns
Dykema Gossett, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
312-876-1700

Blake Horwitz
Horwitz, Richardson & Baker LLC
20 S. Clark St., Suite 500
Chicago, IL 60603
312-676-2100